IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2013 -AP

Frank Peralta,

      Plaintiff,

v.

Carolyn Colvin, Acting Commissioner of Social Security
      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

_____

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
James M. Anderson
Anderson and Lopez, P.C.
4905 N. Union Blvd., Suite 302
Colorado Springs, Colorado 80918
(719) 471-1818
jim@andersonandlopez.com

<u>For Defendant</u>:

| | |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1961 Stout Street, 4169 |
| District of Colorado | Denver, Colorado 80294-4003 |
| | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42
U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**      **Date Complaint Was Filed: July 30, 2013**

    **B.**      **Date Complaint  Was Served on U.S. Attorney's Office: August 20, 2013**

    **C.**      **Date Answer and Administrative Record Were Filed: October 21, 2013**

**4.**      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.**      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.  OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

**8.  BRIEFING SCHEDULE**

    **A.**      **Plaintiff's Opening Brief Due:  December 16, 2013**

    **B.**      **Defendant's Response Brief Due:  January 15, 2014**

    **C.**      **Plaintiff's Reply Brief (If Any) Due:  January 30, 2014**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**      **Plaintiff's Statement:  Plaintiff does not request oral argument.**

    **B.**      **Defendant's Statement:  Defendant does not request oral argument**

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>31</u> day of <u>October</u>, 20 <u>13</u>.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                          UNITED STATES ATTORNEY

*/s/James M. Anderson*                           */s/Stephanie Lynn F. Kiley*
James M. Anderson                               By: Stephanie Lynn F. Kiley
Anderson and Lopez, P.C.                        Special Assistant U.S. Attorney
4095 N. Union Blvd., Suite 302                  1961 Stout Street, 4169
Colorado Springs, CO 80918                      Denver, Colorado 80294-4003
jim@andersonandlopez.com                        stephanie.kiley@ssa.gov
Attorney for Plaintiff