IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2013 -AP

Frank Peralta,

     Plaintiff,

v.

Carolyn Colvin, Acting Commissioner of Social Security
     Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
James M. Anderson
Anderson and Lopez, P.C.
4905 N. Union Blvd., Suite 302
Colorado Springs, Colorado 80918
(719) 471-1818
jim@andersonandlopez.com

For Defendant:

| | |
|---|---|
| John F. Walsh<br>United States Attorney<br><br>J.B. García<br>Assistant United States Attorney<br>District of Colorado | Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, 4169<br>Denver, Colorado 80294-4003<br>(303) 844-0815<br>stephanie.kiley@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed: July 30, 2013**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: August 20, 2013**

    **C.**    **Date Answer and Administrative Record Were Filed: October 21, 2013**

**4.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:  December 16, 2013**

    **B.**    **Defendant's Response Brief Due:  January 15, 2014**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:  January 30, 2014**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:  Plaintiff does not request oral argument.**

    **B.**    **Defendant's Statement:  Defendant does not request oral argument**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.   ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 31 day of October, 20 13.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                                          UNITED STATES ATTORNEY

*/s/James M. Anderson*                              */s/Stephanie Lynn F. Kiley*
James M. Anderson                                       By: Stephanie Lynn F. Kiley
Anderson and Lopez, P.C.                             Special Assistant U.S. Attorney
4095 N. Union Blvd., Suite 302                    1961 Stout Street, 4169
Colorado Springs, CO 80918                       Denver, Colorado 80294-4003
jim@andersonandlopez.com                        stephanie.kiley@ssa.gov
Attorney for Plaintiff