**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02013-CMA

FRANK J. PERALTA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ'S Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on May 16, 2014.  It is

ORDERED that the ALJ's denial of social security disability benefits is AFFIRMED. Each party shall bear its own costs and attorney fees.

    Dated at Denver, Colorado this 16th day of May, 2014.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

            By:  s/   Sandra Hartmann
                      Sandra Hartmann
                      Deputy Clerk